UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| Brian P. Leavitt and Amanda L. Riendeau, <br> *Plaintiffs*, <br><br> v. <br><br> Sonoco Health and Group Benefits Plan, <br> Sonoco Products Company, and <br> Metropolitan Life Insurance Company, <br> *Defendants*. | § <br> § <br> § <br> § <br> § Civil Action No. 1:20-cv-00426-LEW <br> § <br> § <br> § <br> § <br> § |

## JOINT STATUS REPORT

Per the Court's November 21, 2021 Order, defendant Metropolitan Life Insurance Company ("MetLife") submits this Joint Status report on behalf of the parties to this action.

1.  On December 1, 2021, the parties met and conferred in an attempt to resolve disputes regarding the plaintiffs' proposed discovery requests to MetLife and Sonoco Health and Group Benefits Plan and Sonoco Products Company (collectively "Sonoco").

2.  At that "meet and confer" counsel for plaintiffs agreed to: (a) submit revised discovery requests to Sonoco; and (b) defer their previously submitted discovery requests to MetLife without prejudice pending their review of discovery responses from Sonoco and assessment of whether additional discovery is needed from MetLife.

3.  On December 6, 2021, counsel for plaintiffs submitted revised discovery requests to Sonoco and subsequently agreed that Sonoco's responses would be due on or before January 31, 2022.

4.  After their receipt of Sonoco's discovery responses, counsel for plaintiffs shall notify MetLife's counsel within 10 days either that they do not seek additional discovery from

MetLife or that they wish to schedule a follow-up meet and confer to discuss additional discovery from MetLife.

Respectfully submitted,

METROPOLITAN LIFE INSURANCE COMPANY

By Its Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED:  December 13, 2021     By:   /s/ William D. Pandolph, Esq.
                                      William D. Pandolph, Esq. #003996
                                      9 Capitol Street
                                      Concord, NH 03301
                                      (603) 223-2800
                                      e-mail:  wpandolph@sulloway.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 13, 2021.

DATED:  December 13, 2021     By:   /s/ William D. Pandolph, Esq.
                                      William D. Pandolph, Esq.