UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRIAN P. LEAVITT and AMANDA L. RIENDEAU,<br><br>         Plaintiffs,<br><br>v.<br><br>SONOCO HEALTH AND GROUP BENEFITS PLAN, SONOCO PRODUCTS COMPANY, and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>         Defendants. | Civil Action No. 1:20-cv-00426-LEW |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
<u>TO MODIFY THE ADMINISTRATIVE RECORD</u>**

Defendants Sonoco Health and Group Benefits Plan and Sonoco Products Company ("Sonoco Defendants") and Metropolitan Life Insurance Company ("MetLife") (collectively Sonoco Defendants and MetLife are "Defendants") hereby assent to the Court's review of Defendants' respective discovery responses (Dkt. 50-1) in connection with the parties' Motions for Judgment on the Record for Judicial Review, which are due to be filed on or before July 22, 2022. Defendants maintain that their assent renders Plaintiffs' Motion to Modify the Administrative Record (Dkt. 50) moot.

                Respectfully submitted,

                SONOCO HEALTH AND GROUP BENEFITS
                PLAN and SONOCO PRODUCTS COMPANY,

                By their attorneys,

                /s/ *Kevin M. Sibbernsen*
                Kevin M. Sibbernsen *pro hac vice*
                /s/ *K. Joshua Scott*
                K. Joshua Scott, ME Bar #5282

                JACKSON LEWIS P.C.
                100 International Drive, Suite 363
                Portsmouth, NH 03801
                (603) 559-2700 | Main
                Kevin.sibbernsen@jacksonlewis.com
                kjoshua.scott@jacksonlewis.com

                and

                METROPOLITAN LIFE INSURANCE
                COMPANY

                By its attorneys,

                /s/ *William D. Pandolph, Esq.*
                William D. Pandolph, Esq. #003996
                Sulloway & Hollis, P.L.L.C.
                9 Capitol Street
                Concord, NH 03301
                wpandolph@sulloway.com
                TEL: (603) 223-2862
                FAX: (603) 224-2557

June 8, 2022

## CERTIFICATE OF SERVICE

     I certify that on June 8, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                /s/ *Kevin M. Sibbernsen*
                Jackson Lewis P.C.

4871-0560-6179, v. 1